AO 467 (Rev. 9/03) Order for Defendant to Appear

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ NEVADA _____

UNITED STATES OF AMERICA

V.

SONNY LASQUITE

**ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL**

CASE NUMBER: _____ 2:13-mj-0140-PAL _____

CHARGING DISTRICTS
CASE NUMBER: _____ 13 MAG 0437 _____

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the

_____ Southern _____ District of _____ New York _____ ; and that the Clerk of Court shall transfer bail

deposited into the Registry of this Court, to the Clerk of the _____ (Not Applicable) _____
*Place and Address*

, for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required.  The defendant shall next appear at (if blank, to be notified)

_____ (As ordered) _____ on _____ (As ordered) _____ .
*Date and Time*

_____
*Signature of Judge*

_____ 2/21/2013 _____
*Date*

PEGGY A. LEEN, United States Magistrate Judge
*Name and Title of Judge*